AURELIA G. LASKO, Appellant-Respondent, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 33118.) —

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.